■ Jill Isaacs, Respondent, v Charles Isaacs, Appellant.
[747 NYS2d 361]

The interim $25,000 fee award was a proper exercise of discretion under Domestic Relations Law § 238 (*see Silberman v Silberman*, 216 AD2d 41, *appeal dismissed* 86 NY2d 835). Any right defendant had to a hearing on plaintiff's cross mo-

tion was waived by his failure to object to its determination on the papers submitted, or to otherwise request a hearing (*see Beal v Beal*, 196 AD2d 471, 473). Concur—Mazzarelli, J.P., Andrias, Buckley, Sullivan and Lerner, JJ.